UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | SACV 09-0337-AG(MLGx) | Date | May 12, 2009 |
|---|---|---|---|
| Title | F.T. PRODUCE, INC. v FEED YOU WELL, INC., ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. DISTRICT JUDGE | |
|---|---|---|
| Lisa Bredahl | None Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  [IN CHAMBERS]  **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS Plaintiff, to show cause in writing no later than **May 29, 2009** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

XXX   this Court has not received a responsive pleading from, or a proof of service for, various defendants;
XXX   Answers by the defendant(s) or plaintiff's request for entry of default
___   Filing of a request for the clerk to enter default judgment OR the filing of a motion for entry of default judgment.

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint.  Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1
NO oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|  | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |